Kimberly E. Colwell (SBN: 127604)
Alan M. Cohen (SBN: 177662)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone No: (510) 808-2000
Facsimile No: (510) 444-1108
Email: acohen@meyersnave.com

Attorneys for Defendants CITY OF SAN LEANDRO,
JOSEPH KITCHEN, CURT BARR and ALEX RENDEZ

John L. Burris (SBN: 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200

Gayla B. Libet (SBN: 109173)
Law Offices of Gayla B. Libet
486 41st Street, #3
Oakland, CA 94609
(510) 420-0324

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTE MCGHEE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN LEANDRO, a municipal corporation, JOSEPH KITCHEN, in his capacity as Chief of Police for the City of San Leandro, CURT BARR, individually and in his official capacity as a San Leandro police officer; and ALEX RENDEZ, individually and in his official capacity as a San Leandro police officer, and DOES 1- 25, inclusive<br><br>Defendants. | CASE NO: C04-1702-WHA<br><br>**STIPULATION OF DISMISSAL**<br>**(FRCP 41 (a)(1))** |

|   |   |   |
|---|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1). | |

IT IS FURTHER STIPULATED that each side shall bear its own costs, including attorneys' fees.

Dated: June _____, 2005         THE LAW OFFICES OF GAYLA LIBET

By:_____
    Gayla B. Libet
    Attorney for Plaintiff
    TONETTE MCGHEE

Dated: June 13, 2005             THE LAW OFFICES OF JOHN L. BURRIS

By: /s/ John L. Burris
    John L. Burris
    Attorney for Plaintiff
    TONETTE MCGHEE

Dated: ~~June~~ July 7, 2005     MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Alan M. Cohen
    Alan M. Cohen
    Attorneys for Defendants
    CITY OF SAN LEANDRO,
    JOSEPH KITCHEN, CURT BARR
    and ALEX RENDEZ

762090

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1).

IT IS FURTHER STIPULATED that each side shall bear its own costs, including attorneys' fees.

Dated: June 29, 2005    THE LAW OFFICES OF GAYLA LIBET

By: /s/ Gayla B. Libet
Gayla B. Libet
Attorney for Plaintiff
TONETTE MCGHEE

Dated: June ____, 2005    THE LAW OFFICES OF JOHN L. BURRIS

By: _____
John L. Burris
Attorney for Plaintiff
TONETTE MCGHEE

Dated: June ____, 2005    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Alan M. Cohen
Attorneys for Defendants
CITY OF SAN LEANDRO,
JOSEPH KITCHEN, CURT BARR
and ALEX RENDEZ

**ORDER**

IT IS SO ORDERED:

Dated: July 8, 2005

762090

Honorable William H. Alsup
United States District Court Judge

[SEAL: UNITED STATES DISTRICT COURT — IT IS SO ORDERED / Judge William Alsup]